```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

John M. Griffin

    v.                                    Case No. 24-cv-239-SE

US Bankruptcy Court – KY, Judge et al

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 27, 2025 (doc. no. 9). For the reasons explained therein, this case is transferred to the Western District of Kentucky.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date: June 19, 2025

cc: John M. Griffin, pro se
    Counsel of Record